IN THE TEXAS COURT OF CRIMINAL APPEALS PD-1577-14

CHARLES MARTIN

V

THE STATE OF TEXAS

COA NO. 02-14-00003-CR
CCA NO. PD-1577-4

# MOTION FOR REHEARING

NOW COMES Mr. Charles Martin, TDCJ-ID #1101119, and files his pro-se Motion FOR REHEARING, in the above mentioned instance. Where the Petition for Discretionary Review, has now refused by this Court of Criminal Appeals.

The Petitioner/Appellant now seeks reconsideration of the Pro-se petition. Although it does not look like much from the appearance. It shows truth, and unfairness in the Appeals process. As well as violations of the Rule of LAW (Gaskin Rule) by the Court of conviction. Where the Petitioner/Appellant was denied his appellant rights for all the evidence present at said hearing to be sent and considered by the Appellate Court. Being timely requested. The Convicting Court "must according to: Adam v. St. 766 Swdd 257,259 (Tex. Crim. App. 1989); order a witness' statement incorporated into the Trial Court Record." Where in this instant case, the original finger print card And others taken at the hearing. Showing harm and to prove they "do not" match those of the Appellant in this case. This concealment is all but proof of a manifest injustice. By withholding the exculpatory evidence. And using it by its concealment to uphold the false conviction.

The petition was not afforded an expert in this case. I request And seek reconsideration/rehearing on the case at bar. Which clearly was prematurely refused by the Court of Criminal Appeals.

Date: 4-3-15
April 3, 2010

Signed: Charles Martin, pro-se
Mr. Charles Martin, #1101119
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 08 2015
Abel Acosta, Clerk

Dear Clerk:

Please find the enclosed Motion for Rehearing, PD-1577-14. I did not receive your letter concerning rehearing Motion until, Thursday morning April 2, 2015. Thus I had not time to consult the State Counsel for Offenders. I am indigent and cannot afford an Attorney. Thank you for your help. Please forward the enclose Motion to the appropriate personel and judge of this honorable.

Your assistance in this matter is truly appreciated.

Sincerely,
Charles Martin

Charles Martin, #1101119
McConnell Unit
3001 S. Emily Dr.
Beeville, TX. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
05 APR 2015 PM 4 L

FOREVER

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 123 08 Capitol Station
Austin, Tx. 78711

78711230808